UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GABRIELLE N. ALUSKAR,

            Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

            Defendant.

CASE NO. 13-cv-05530 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation and this matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(2)     The Clerk is directed to enter **JUDGMENT** for defendant and the case should be closed. and

(3)     The Clerk is directed to send copies of this Order to counsel of record.

Dated this 6th day of June, 2014.

                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE